**Dismissed and Opinion Filed September 17, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01285-CV

**HAPPY STATE BANK D/B/A GOLDSTAR TRUST COMPANY, Appellant**
**V.**
**GREATER CORNERSTONE CHURCH, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10675**

## MEMORANDUM OPINION

Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Stoddart

Before the Court is appellant's voluntary motion to dismiss this appeal. We grant the

motion. Pursuant to rule 42.1(a)(1), this appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).


/Craig Stoddart/
CRAIG STODDART
JUSTICE

171285F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HAPPY STATE BANK D/B/A
GOLDSTAR TRUST COMPANY,
Appellant

No. 05-17-01285-CV          V.

GREATER CORNERSTONE CHURCH,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-10675.
Opinion delivered by Justice Stoddart.
Justices Whitehill and Boatright
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee GREATER CORNERSTONE CHURCH recover its costs of this appeal from appellant HAPPY STATE BANK D/B/A GOLDSTAR TRUST COMPANY.

Judgment entered this 17th day of September, 2018.